
| | |
|---|---|
| 1 | DANIEL E. GARDENSWARTZ [SBN 169749] |
| | dgardenswartz@swsslaw.com |
| 2 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| | 401 B Street, Suite 1200 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 231-0303 |
| 4 | Facsimile: (619) 231-4755 |
| | |
| 5 | Attorneys for Defendants PLAZA SQUARE, LTD; |
| | HONEYBEE FOODS CORP, DBA JOLLIBEE; |
| 6 | WING BIZ INC DBA WINGS N THINGS; CHRIS |
| | CHRIS ENTERPRISES DBA LITTLE CAESARS; |
| 7 | SANG K. LEE DBA BASKIN-ROBBINS ICE |
| | CREAM; MICHAEL WONG DBA PLAZA COIN |
| 8 | LAUNDRY; EMILIA T. HERNANDEZ DMD; |
| | KEDDINGTON & KALRA OPTEOMERISTS APC |
| 9 | DBA EYE CARE OPTOMETRY ASSOCIATE; |
| | ANNABELLE MATTOX DBA ANABEL HAIR |
| 10 | AFFAIR; LOAN NGUYEN DBA CHARLENES |
| | NAIL; KIM PHAT JEWELRY AND REPAIR CORP; |
| 11 | HOLLYWOOD MUSIC; MOMMY AND ME; DR |
| | BRADFORD EMERY |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | NONI GOTTI, | CASE NO. 08 CV 1029 WQH WMc |
| 15 | Plaintiff, | DEMAND FOR JURY TRIAL |
| 16 | v. | |
| 17 | PLAZA SQUARE, LTD.; HONEYBEE | |
| | FOODS CORP; DBA JOLLIBEE; WING BIZ | |
| 18 | INC DBA WINGS N THINGS; CHRIS | |
| | CHRIS ENTERPRISES DBA LITTLE | |
| 19 | CAESARS; SANG K. LEE DBA BASKIN- | |
| | ROBBINS ICE CREAM; SATHAPHONE | |
| 20 | KHAMPHAU & QUAN LIOU KHAMPHAU | |
| | AKA MICHAEL WONG & SENG DEVANE | |
| 21 | DBA PLAZA COIN LAUNDRY; EMILIA T. | |
| | HERNANDEZ DMD; KEDDINGTON & | |
| 22 | KALRA OPTEOMERISTS APC DBA EYE | |
| | CARE OPTOMETRY ASSOCIATE; | |
| 23 | ANNABELLE MATTOX DBA ANABEL HAIR | |
| | AFFAIR; H & R BLOCK INC; LOAN | |
| 24 | NGUYEN DBA CHARLENES NAIL; KIM | |
| | PHAT JEWELRY AND REPAIR CORP; GIFTS | |
| 25 | AND FAVORS; HOLLYWOOD MUSIC; | |
| | MOMMY AND ME; DR BRADFORD | |
| 26 | EMERY; and DOES 1 THROUGH 10, | |
| | Inclusive, | |
| 27 | | |
| | Defendants. | |
| 28 | | |

P:00428607.2:56220.002

1     Defendants PLAZA SQUARE, LTD;HONEYBEE FOODS CORP, DBA JOLLIBEE;
2 WING BIZ INC DBA WINGS N THINGS; CHRIS CHRIS ENTERPRISES DBA LITTLE
3 CAESARS; SANG K. LEE DBA BASKIN-ROBBINS ICE CREAM; MICHAEL WONG DBA
4 PLAZA COIN LAUNDRY; EMILIA T. HERNANDEZ DMD; KEDDINGTON & KALRA
5 OPTEOMERISTS APC DBA EYE CARE OPTOMETRY ASSOCIATE; ANNABELLE MATTOX
6 DBA ANABEL HAIR AFFAIR; LOAN NGUYEN DBA CHARLENES NAIL; KIM PHAT
7 JEWELRY AND REPAIR CORP; HOLLYWOOD MUSIC; MOMMY AND ME; DR
8 BRADFORD EMERY hereby demand a trial by jury in this action.

10 Dated: June 9, 2008

DANIEL E. GARDENSWARTZ
Attorneys for Defendants PLAZA SQUARE, LTD.; HONEYBEE FOODS CORP, DBA JOLLIBEE; WING BIZ INC DBA WINGS N THINGS; CHRIS CHRIS ENTERPRISES DBA LITTLE CAESARS; SANG K. LEE DBA BASKIN-ROBBINS ICE CREAM; MICHAEL WONG DBA PLAZA COIN LAUNDRY; EMILIA T. HERNANDEZ DMD; KEDDINGTON & KALRA OPTEOMERISTS APC DBA EYE CARE OPTOMETRY ASSOCIATE; ANNABELLE MATTOX DBA ANABEL HAIR AFFAIR; LOAN NGUYEN DBA CHARLENES NAIL; KIM PHAT JEWELRY AND REPAIR CORP; HOLLYWOOD MUSIC; MOMMY AND ME; DR BRADFORD EMERY

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101.

On June 9, 2008, I served a copy, including all exhibits, if any, of the following document(s):

**DEMAND FOR JURY TRIAL**

on the parties in this action listed in the attached Proof of Service List, which is incorporated herein by this reference, by the following means:

☒ **(BY MAIL)** I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY PERSONAL SERVICE)** I caused each such envelope to be sealed and given to a courier authorized by our attorney service to receive documents for delivery on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ **(BY FEDERAL EXPRESS)** I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY FACSIMILE)** This document was transmitted by facsimile transmission from (619) 231-4755 and the transmission was reported as complete and without error. I then caused the transmitting facsimile machine to properly issue a transmission report, a copy of which is attached to this affidavit.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of this bar of this court, at whose direction this service was made.

Executed on June 9, 2008, at San Diego, California.

_____
Pamela Blanton

P:00426619:56220.002

| | |
|---|---|
| 1 | **PROOF OF SERVICE LIST** |
| 2 | Theodore A. Pinnock, Esq. |
| | David C. Wakefield, Esq. |
| 3 | Pinnock & Wakefield |
| | 3033 Fifth Avenue, Suite 410 |
| 4 | San Diego, CA 92103 |
| 5 | Tel: (619) 858-3671 |
| | Fax: (619) 858-3646 |
| 6 | |
| | Attorneys for Plaintiff NONI GOTTI |

P:00426619:56220.002

-1-