08cv1029 WQH (WMc)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONI GOTTI,<br><br>        Plaintiffs<br><br>v.<br><br>PLAZA SQUARE, LTD., et al.<br><br>        Defendants. | Case No. 08cv1029 WQH (WMc)<br><br>**ORDER RE: MAGISTRATE JUDGE RECUSAL** |

    Magistrate Judge William McCurine, Jr. hereby recuses himself from the above-entitled action and requests that another Magistrate Judge be assigned.

    Magistrate Judge Louisa S. Porter (POR) is assigned.

**IT IS SO ORDERED.**

DATED: June 11, 2008

                                                  */s/ W. McCurine Jr.*
                                                  Hon. William McCurine, Jr.
                                                  U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD