UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONI GOTTI,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PLAZA SQUARE, LTD; HONEYBEE FOODS CORP; DBS JOLLIBEE; WING BIZ INC DBA WINGS N THINGS; CHRIS CHRIS ENTERPRISES DBA LITTLE CAESARS; SANG K. LEE DBA BASKIN ROBBINS ICE CREAM; SATHAPHONE KHAMPHAU & QUAN LIOU KHAMPHAU AKA MICHAEL WONG & SENG DEVANE DBA PLAZA COIN LAUNDRY; EMILIA T. HERNANDEZ DMD; KEDDINGTON & KALRA OPTOMETRISTS APC DBA EYE CARE OPTOMETRY ASSOCIATE; ANNABELLE MATTOX DBA ANABEL HAIR AFFAIR; H & R BLOCK INC; LOAN NGUYEN DBA CHARLENES NAIL; KIM PHAT JEWELRY AND REPAIR CORP; GIFTS AND FAVORS; HOLLYWOOD MUSIC; MOMMY AND ME; DR. BRADFORD EMERY; and DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   08cv1029-WQH (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On June 25, 2008, Plaintiff's counsel contacted the Court and represented that the case has settled. Accordingly, IT IS HEREBY ORDERED:

1. The Early Neutral Evaluation set for July 28, 2008 is hereby vacated.

2. A Joint Motion for Dismissal shall be submitted to the Honorable William Q. Hayes on or before **July 18, 2008.** A courtesy copy shall be delivered to the chambers of

| | | |
|---|---|---|
|1| |the Honorable Louisa S Porter by fax to (619) 702-9925 or email to|
|2| |efile_porter@casd.uscourts.gov.|
|3|3.|If a Joint Motion for Dismissal is not submitted on or before July 18, 2008, then a|
|4| |Settlement Disposition Conference shall be held on **July 21, 2008,** at **9:30 a.m.**|
|5| |before Judge Porter.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.|
|6| |Plaintiff's counsel shall initiate and coordinate the conference call.|
|7|4.|If a Joint Motion for Dismissal is received on or before July 18, 2008, the Settlement|
|8| |Disposition Conference shall be VACATED without further court order.|

DATED:  July 2, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable William Q. Hayes
        all parties