1 **PINNOCK & WAKEFIELD**
A Professional Corporation
2 Theodore A. Pinnock, Esq.      Bar #: 153434
David C. Wakefield, Esq.        Bar #: 185736
3 3033 Fifth Avenue, Suite 410
San Diego, CA  92103
4 Telephone: (619) 858-3671
Facsimile: (619) 858-3646
5
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONI GOTTI;<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PLAZA SQUARE, LTD.; HONEYBEE FOODS CORP; DBA JOLLIBEE; WING BIZ INC DBA WINGS N THINGS; CHRIS CHRIS ENTERPRISES INC DBA LITTLE CAESARS; SANG K. LEE DBA BASKIN-ROBBINS ICE CREAM; SATHAPHONE KHAMPHAU & QUAN LIOU KHAMPHAU AKA MICHAEL WONG & SENG DEVANE DBA PLAZA COIN LAUNDRY; EMILIA T. HERNANDEZ DMD; KEDDINGTON & KALRA OPTEOMERISTS APC DBA EYE CARE OPTOMETRY ASSOCIATE; ANNABELLE MATTOX DBA ANABEL HAIR AFFAIR; H & R BLOCK INC; LOAN NGUYEN DBA CHARLENES NAILS; KIM PHAT JEWELRY AND REPAIR CORP.; GIFTS AND FAVORS; HOLLYWOOD MUSIC; MOMMY AND ME; DR BRADFORD EMERY; And DOES 1 THROUGH 10, Inclusive<br><br>　　　　　Defendants. | **Case No.: 08cv1029 WQH (POR)**<br><br>**JOINT MOTION FOR DISMISSAL AND DISMISSAL <u>WITH</u> PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

Case Number: 08cv1029 WQH (POR)

**IT IS HEREBY JOINTLY MOVED** by Plaintiff, on the one hand, and appearing Defendants via their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal **with** prejudice of all Defendants from Plaintiff's Complaint, Case Number: 08cv1029 WQH (POR). Additionally, Plaintiff requests Plaintiff's Complaint be dismissed **with** prejudice in its entirety.

The dismissal shall apply to all defendants, including without limitation H&R Block Enterprises, Inc., incorrectly sued as H&R Block, Inc., which Plaintiff acknowledges is the entity appearing in this case, and to any and all other defendants named in this action regardless of whether they have appeared in this case.

**IT IS SO JOINTLY MOVED.**

Dated: July 11, 2008         **PINNOCK & WAKEFIELD, A.P.C.**


                             By:  s/ Theodore A. Pinnock, Esq.
                                  Attorney for Plaintiffs
                                  E-mail: pinnock99@aol.com

Dated: July 11, 2008         **SOLOMON WARD SEIDENWURM & SMITH LLP**


                             By:  s/Daniel E. Gardenswartz
                                  Daniel E. Gardenswartz, Esq.
                                  Attorney for the appearing
                                  Defendants
                                  E-mail:
                                  dgardenswartz@swsslaw.com


                                  Case Number: 08cv1029 WQH (POR)

```
 1  PINNOCK & WAKEFIELD
    A Professional Corporation
 2  Theodore A. Pinnock, Esq.      Bar #: 153434
    David C. Wakefield, Esq.       Bar #: 185736
 3  3033 Fifth Avenue, Suite 410
    San Diego, CA  92103
 4  Telephone: (619) 858-3671
    Facsimile: (619) 858-3646
 5
    Attorneys for Plaintiff
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10
    NONI GOTTI;
11                                  Case No.: 08cv1029 WQH (POR)
              Plaintiff,
12
                                    PROOF OF SERVICE VIA ECF
13       v.

14

15  PLAZA SQUARE, LTD.; HONEYBEE
    FOODS CORP; DBA JOLLIBEE; WING
16  BIZ INC DBA WINGS N THINGS; CHRIS
17  CHRIS ENTERPRISES INC DBA LITTLE
    CAESARS; SANG K. LEE DBA BASKIN-
18  ROBBINS ICE CREAM; SATHAPHONE
    KHAMPHAU & QUAN LIOU KHAMPHAU AKA
19  MICHAEL WONG & SENG DEVANE DBA
    PLAZA COIN LAUNDRY; EMILIA T.
20  HERNANDEZ DMD; KEDDINGTON & KALRA
21  OPTEOMERISTS APC DBA EYE CARE
    OPTOMETRY ASSOCIATE; ANNABELLE
22  MATTOX DBA ANABEL HAIR AFFAIR; H
    & R BLOCK INC; LOAN NGUYEN DBA
23  CHARLENES NAILS; KIM PHAT JEWELRY
24  AND REPAIR CORP.; GIFTS AND
    FAVORS; HOLLYWOOD MUSIC; MOMMY
25  AND ME; DR BRADFORD EMERY; And
    DOES 1 THROUGH 10, Inclusive
26
              Defendants.
27

28
```

Case Number: 08cv1029 WQH (POR)

On this date, I served the following document(s) described as **JOINT MOTION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY** on all Defendants in this action BY:

__X__ placing    _____ the original    __X__ a true copy thereof as stated below:

**Daniel E. Gardenswartz, Esq.**
**SOLOMON WARD SEIDENWURM & SMITH LLP**
**Wells Fargo Plaza**
**401 B Street, Suite 1200**
**San Diego, CA 92101**
**E-Mail: dgardenswartz@swsslaw.com**
**Attorney for DEFENDANTS**

__X__ **BY ELECTRONIC MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for electronic mailing. Under that practice, it would be electronically mailed to the electronic mail box address that is registered with the district court.

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on July 11, 2008, at San Diego, California.

_____
Jennifer A. Watson

Case Number: 08cv1029 WQH (POR)