```
                    FILED
                2008 JUL 23  AM 8:53
                CLERK US DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA

              BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONI GOTTI, | CASE NO. 08cv1029 WQH (POR) |
| Plaintiff, | **ORDER** |
| vs. | |
| PLAZA SQUARE, LTD ; et al., | |
| Defendants. | |

HAYES, Judge:

The "Joint Motion for Dismissal and Dismissal with Prejudice of All Defendants and Plaintiff's Complaint in its Entirety" (Doc. # 7) is **GRANTED**. The above-captioned actions is **DISMISSED with prejudice** in its entirety.

Dated: 7/22/08

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE